# AFFIDAVIT OF SERVICE

**State of Arkansas**  **County of Columbia**  **District Court**

Case Number: 1:25-cv-01038-SOH

POW2025007136

Plaintiff:
**Dorothy Ward**
vs.
Defendant:
**AccuData Credit Systems LLC**

For: Francis Mailman Soumilas, P.C.

Received by D & B Legal Service, LLC to be served on **AccuData Credit Systems LLC, 1002 Diamond Ridge, Ste. 500, Jefferson City, MO 65109**. I, _Rufus R. Harmon_, being duly sworn, depose and say that on the _4th_ day of _June_, 20_25_ at _9:10_ Am., executed service by delivering a true copy of the **Summons in a Civil Action, Civil Cover Sheet and Complaint** in accordance with state statutes in the manner marked below:

[X] CORPORATE SERVICE: By serving _Brian Stokes_ as _Designated Agent_.

( ) CORPORATE SERVICE AT ALTERNATE ADDRESS: By serving _____ as _____ at the alternate address of _____.

( ) AUTHORIZED SERVICE: By serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

Age _38_ Sex (M) F Race _white_ Height _5'10"_ Weight _200_ Hair _Brown_ Glasses Y (N)

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

_Rufus R Harmon_
PROCESS SERVER # _____
Appointed in accordance with State Statutes

Subscribed and Sworn to before me on the _8th_ day of _June_, _2025_ by the affiant who is personally known to me in the State of _Missouri_ and County of _Cole_.

_[signature]_
NOTARY PUBLIC

KELSEY SCHRIMPF
Notary Public, Notary Seal
State of Missouri
Cole County
Commission # 23381805
My Commission Expires 08-14-2027

D & B Legal Service, LLC
5350 W 94th Ter Ste 206
Prairie Village, KS 66207
(913) 362-8110

Our Job Serial Number: 2025007136

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0b

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

| | |
|---|---|
| Dorothy Ward<br><br>*Plaintiff(s)*<br>v.<br>AccuData Credit Systems LLC<br><br>*Defendant(s)* | Civil Action No. 1:25-cv-01038-SOH |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Accudata Credit Systems LLC
1002 Diamond Ridge, Ste. 500
Jefferson City, MO 65109

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Geoffrey Baskerville
Francis Mailman Soumilas, PC
1600 Market Street- Suite 2510
Philadelphia, PA 19103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:  5/19/2025

R. Akins
*Signature of Clerk or Deputy Clerk*