IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| **DOROTHY WARD** | **PLAINTIFF** |
| **v.** | **CASE NO. 1:25-cv-01038-SOH** |
| **ACCUDATA CREDIT SYSTEMS, LLC** | |
| | **DEFENDANT** |

**DEFENDANT ACCUDATA CREDIT SYSTEMS LLC'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Defendant, AccuData Credit Systems, LLC (hereinafter "Defendant"), by and through its attorneys Gordon Rees Scully Mansukhani, moves to dismiss the amended complaint filed by Plaintiff, Dorothy Ward (hereinafter "Plaintiff") for failure to state a claim upon which relief can be granted pursuant to Rule 12(b)6 of the Federal Rules of Civil Procedure. As fully explained in its accompanying Brief in Support filed contemporaneously with this Motion, the Defendant states as follows:

1. Under Rule 12(b)6 of the Federal Rules of Civil Procedure, Federal courts are authorized to dismiss a plaintiff's complaint for the failure to state a claim upon which relief can be granted.

2. Plaintiff in her complaint has alleged that Defendant has violated the Fair Credit Reporting Act by "willfully and negligently failing to comply with the requirements imposed on a consumer reporting agency pursuant to 15 U.S.C. §1681e(b)" in which Defendant included allegedly inaccurate criminal records in Plaintiff's consumer reports.

3. An allegation of this nature requires Plaintiff to prove that Defendant had received notice of systematic problems with its reporting procedures, including proof that Defendant knew or should have known of these systemic problems.

4. Plaintiff in her complaint has not alleged that Defendant knew or should have known of any systemic problems associated with its reporting procedures.

5. Instead, Plaintiff has only asserted legal conclusions as to the Fair Credit Reporting Act and alleged that Defendant "failed to follow reasonable procedures to assure the maximum possible accuracy of the information it reports about Plaintiff" as well as unsupported factual allegations relating to Plaintiff's alleged common last name.

6. Plaintiff's allegations in her complaint are insufficient to state a claim upon which relief can be granted.

7. As such, Plaintiff's complaint should be dismissed with prejudice pursuant to Rule 12(b)6 of the Federal Rules of Civil Procedure.

8. This Motion to Dismiss is supported by a Brief in Support that is fully incorporated here as if fully restated herein.

WHEREFORE, the Defendant, AccuData Credit Systems, LLC, prays that this Court dismiss Plaintiff's amended complaint with prejudice, for its costs, attorney's fees, and all other relief to which it is justly entitled.

Dated: July 22, 2025

Respectfully submitted,
*/s/ Haley M. Heath*
Haley M. Heath, AR Bar No. 2011286
Samuel R. Wilson, AR Bar No. 2024253
Gordon Rees Scully Mansukhani, LLP
425 West Capitol Suite 3275
Little Rock, AR 72201
Telephone: 870-941-2035
Facsimile: 501-588-8160
hheath@grsm.com
srwilson@grsm.com
**ATTORNEYS FOR ACCUDATA CREDIT SYSTEMS, LLC**

**CERTIFICATE OF SERVICE**

I, the undersigned hereby certify that a true and accurate copy of the foregoing document has been duly and properly served upon all parties that have entered an appearance and requested service in the above referenced case by way of electronic filing on the Court's ECF Notice List on July 22, 2025, as follows:

Geoffrey Baskerville
Francis Mailman Soumilas, PC
1600 Market Street, Suite 2510
Philadelphia, PA 19103

*Attorney for Plaintiff*

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Haley M. Heath*
　　　　　　　　　　　　　　　　　　　　　　　Haley M. Heath