## **CERTIFICATE OF SERVICE**

      I, Geoffrey H. Baskerville, hereby certify that, on this date, I caused a true and correct copy of the foregoing document has been duly and properly served upon all parties that have entered an appearance and requested service in the above referenced case by way of electronic filing on the Court's ECF Notice List on August 5, 2025 as follows:

Haley M. Heath
Samuel R. Wilson
Gordon Rees Scully Mansukhani, LLP
425 West Capitol Suite 3275
Little Rock, AR 72201
Telephone: 870-941-2035
Email: hheath@grsm.com
srwilson@grsm.com

*Lead Counsel for Defendant ACCUDATA CREDIT SYSTEMS, LLC*

                                     **FRANCIS MAILMAN SOUMILAS, P.C.**

                                       BY:   GEOFFREY H. BASKERVILLE
                                                       1600 Market Street, Suite 2510
                                                       Philadelphia, PA 19103
                                                       215-735-8600
                                                        gbaskerville@consumerlawfirm.com
                                                        Attorney for Plaintiff

DATE: August 5, 2025